**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COURTNEY YEOMAN, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SAFE LIFE DEFENSE, LLC, a domestic limited liability company,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01742-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety with prejudice. Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

WHEREFORE, the parties respectfully request that this matter be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

DATED this 18th day of October 2023.

| TRENCHAK LAW | HOWARD & HOWARD ATTORNEYS PLLC |
|---|---|
| By: /s/ Philip J. Trenchak<br>Philip J. Trenchak, Esq.<br>Nevada State Bar No. 9924<br>1614 S. Maryland Pkwy.<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiff Courtney Yeoman* | By: /s/ Robert L. Rosenthal<br>Robert L. Rosenthal, Esq.<br>Nevada State Bar No. 6476<br>3800 Howard Hughes Parkway, Ste. 1000<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Safe Life Defense, LLC* |

**ORDER**

IT IS SO ORDERED.

Date: October 20, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE